1  Martin L. Fineman (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Ste. 800
   San Francisco, California  94111-3611
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  E-mail:        martinfineman@dwt.com

5  Matthew G. McAndrews (Admitted Pro Hac Vice)
   Frederick C. Laney (Pro Hac Vice Application Pending)
6  Robert A. Conley (Pro Hac Vice Application Pending)
   NIRO, SCAVONE, HALLER & NIRO
7  181 W. Madison Street, Suite 4600
   Chicago, IL 60602
8  Telephone:     (312) 236-0733
   Facsimile:     (312) 236-3137
9  E-mail:        mmcandrews@nshn.com

10 Attorneys for Plaintiffs
   ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED
11
   ERIC P. JACOBS (CA State Bar No. 88413)
12 IGOR SHOIKET  (CA State Bar No. 190066
   ALEXANDRA M. SEPULVEDA (CA State Bar No. 233216)
13 TOWNSEND AND TOWNSEND AND CREW LLP
   Two Embarcadero Center, 8th Floor
14 San Francisco, California 94111
   Phone: (415) 576-0200
15 Facsimile: (415) 576-0300
   E-Mail: ishoiket@townsend.com
16
   Attorneys for Defendant
17 APL LOGISTICS, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | **Case No.  06-04289-SBA** |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| APL LOGISTICS, INC., | |
| Defendant. | |

1

ARRIVALSTAR S.A. ET AL V. APL LOGISTICS, INC.                                    SFO 355634v1 0081848-000001
STIPULATION FOR DISMISSAL  Case No.  06-04289-SBA

Plaintiffs ArrivalStar SA and Melvino Technologies Limited and Defendant APL Logistics, Inc., by and through their attorneys of record, hereby stipulate that the entire above-captioned action be dismissed with prejudice, each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated:  January 19, 2007.          DAVIS WRIGHT TREMAINE LLP


                                   By:  /s/ Martin L. Fineman
                                        Martin L. Fineman

                                   NIRO SCAVONE, HALLER & NIRO


                                   By:  /s/ Matthew G. McAndrews
                                        Matthew G. McAndrews

                                   Attorneys for Plaintiffs
                                   ARRIVALSTAR S.A. and
                                   MELVINO TECHNOLOGIES LIMITED


Dated:  January 19, 2007.          TOWNSEND AND TOWNSEND AND CREW LLP


                                   By:  /s/ Eric P. Jacobs
                                        Eric P. Jacobs

                                   Attorneys for Defendant
                                   APL LOGISTICS AMERICAS, LTD.